UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840

Order Filed on June 11, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:
  DAVID J. BOYKIN
  SHARON E. BOYKIN

Case No.:  25-13042SLM

Hearing Date:  6/11/2025

Judge:  STACEY L. MEISEL

## INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: June 11, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  DAVID J. BOYKIN
SHARON E. BOYKIN

Case No.:  25-13042SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

---

THIS MATTER having been scheduled before the Court on 06/11/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) must provide the Trustee with all documents necessary in order to conduct a 341 meeting and become current with plan payments through May 2025 and same must be received and posted by the Trustee by 6/18/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtor's Attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 7/9/2025 at 8:30 AM.