Form 186 − ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−13042−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

David J. Boykin
1451 Whitewood Ct
Plainfield, NJ 07062−2108

Sharon E. Boykin
1451 Whitewood Ct
Plainfield, NJ 07062−2108

Social Security No.:
xxx−xx−7935

xxx−xx−7420

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 10/01/2025 and a confirmation hearing on the Modified Plan is scheduled for 11/12/2025 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: October 1, 2025
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 25-13042-SLM
David J. Boykin  Chapter 13
Sharon E. Boykin
    Debtors

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: 186 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 03, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David J. Boykin, Sharon E. Boykin, 1451 Whitewood Ct, Plainfield, NJ 07062-2108 |
| 520597013 | | ATLANTIC Health System, Overlook Med. Center, PO Box 35611, Newark, NJ 07193-5611 |
| 520676884 | + | Baxter Financial, LLC, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520597017 | | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 520597018 | | Encircled Collections I, 1691 NW 107th Ave, Doral, FL 33172-2707 |
| 520676888 | + | Englewood Hospital, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520597019 | + | Enhanced Recovery Collection, L.L.C., 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 520597020 | | Gardes State Veterinary Services, Pressler & Pressler, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520597024 | + | OPS 9 LLC, Faloni & Associates, 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |
| 520597026 | | Plainfield Municipal Utilities Authority, PO Box 416829, Boston, MA 02241-6829 |
| 520597027 | | SUMMIT Radiology Assoc., PO Box 1259, Oaks, PA 19456-1259 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2025 00:56:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2025 00:56:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520601754 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 00:05:17 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520597015 | | Email/Text: creditcardbkcorrespondence@bofa.com | Oct 02 2025 00:55:00 | BOA, 4161 Piedmont Pkwy, Greensboro, NC 27410-8110 |
| 520602460 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 02 2025 00:55:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 520597016 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 02 2025 00:55:00 | Credit Acceptance, PO Box 551888, Detroit, MI 48255-1888 |
| 520671537 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 02 2025 00:56:00 | Deutsche Bank National Trust Company, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520665597 | + | Email/Text: BNCnotices@dcmservices.com | Oct 02 2025 00:56:00 | EMERGENCY PHYSICIAN ASSOCIATES OF NORTH JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520677837 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 02 2025 00:56:00 | ENGLEWOOD HEALTH PHYSICIAN NETWORK, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520678186 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 02 2025 00:56:00 | Englewood Health, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | WHITEHOUSE STATION, NJ 08889-1750 |
| 520616337 | + | Email/Text: signed.order@pfwattorneys.com | Oct 02 2025 00:55:00 | GARDEN STATE VETERINARY SERVICES, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520597021 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Oct 02 2025 00:55:00 | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 520623548 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2025 00:02:23 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520597022 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 02 2025 00:56:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520614679 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 02 2025 00:56:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520597023 | | Email/Text: signed.order@pfwattorneys.com | Oct 02 2025 00:55:00 | New Century Financial Services, Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520678187 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 02 2025 00:56:00 | RWJ UNIV MEDICAL GRP EMERGENCY MEDICINE, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520656006 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 02 2025 00:05:16 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520597643 | | Sharon Boykin |
| 520597014 | * | ATLANTIC Health System, Overlook Med. Center, PO Box 35611, Newark, NJ 07193-5611 |
| 520597025 | *+ | OPS 9 LLC, Faloni & Associates, 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 03, 2025                     Signature:           /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 1, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST  MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Oct 01, 2025 | Form ID: 186 | Total Noticed: 29 |

Donald C. Goins
    on behalf of Debtor David J. Boykin dcgoins1@gmail.com
    goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com

Donald C. Goins
    on behalf of Joint Debtor Sharon E. Boykin dcgoins1@gmail.com
    goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com

Marie-Ann Greenberg
    magecf@magtrustee.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 5