| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| Marie-Ann Greenberg MAG-1284<br>Chapter 13 Standing Trustee<br>30 TWO BRIDGES ROAD<br>SUITE 330<br>FAIRFIELD, NJ  07004-1550<br>973-227-2840 | Order Filed on October 8, 2025<br>by Clerk,<br>U.S. Bankruptcy Court<br>District of New Jersey |
| IN RE:<br>　DAVID J. BOYKIN<br>　SHARON E. BOYKIN | Case No.:  25-13042SLM<br><br>Hearing Date:  10/8/2025<br><br>Judge:  STACEY L. MEISEL |

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

DATED: October 8, 2025

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  DAVID J. BOYKIN
SHARON E. BOYKIN

Case No.:  25-13042SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

    THIS MATTER having been scheduled before the Court on 10/08/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtors must become current with plan payments through September 2025 and same must be received and posted by the Trustee by 10/10/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtors' attorney; and it is further
- ORDERED, that the Debtors must become current with plan payments through October 2025 and same must be received and posted by the Trustee by 11/5/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtors' attorney; and it is further
- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 11/12/2025 at 8:30 AM.