**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg MAG-1284
Chapter 13 Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ  07004-1550
973-227-2840**



Order Filed on October 8, 2025
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

IN RE:

 DAVID J. BOYKIN
 SHARON E. BOYKIN

**Case No.:  25-13042SLM**

**Hearing Date:  10/8/2025**

**Judge:  STACEY L. MEISEL**

### INTERIM ORDER ON CONFIRMATION HEARING

The relief set forth on the following pages, numbered two (2)  is hereby ORDERED.

**DATED: October 8, 2025**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  DAVID J. BOYKIN
SHARON E. BOYKIN

Case No.:  25-13042SLM

Caption of Order:    INTERIM ORDER ON CONFIRMATION HEARING

THIS MATTER having been scheduled before the Court on 10/08/2025 for a Hearing on Confirmation, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtors must become current with plan payments through September 2025 and same must be received and posted by the Trustee by 10/10/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtors' attorney; and it is further

- ORDERED, that the Debtors must become current with plan payments through October 2025 and same must be received and posted by the Trustee by 11/5/2025 or the case will be dismissed with no further hearings or notice to Debtor or Debtors' attorney; and it is further

- ORDERED, that if satisfied, the Confirmation Hearing will be adjourned to 11/12/2025 at 8:30 AM.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                          Case No. 25-13042-SLM

David J. Boykin                                                                          Chapter 13

Sharon E. Boykin

    Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2                                    User: admin                                    Page 1 of 1

Date Rcvd: Oct 08, 2025                          Form ID: pdf903                          Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 10, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | David J. Boykin, Sharon E. Boykin, 1451 Whitewood Ct, Plainfield, NJ 07062-2108 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2025                          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 8, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST  MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Donald C. Goins | on behalf of Debtor David J. Boykin dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Donald C. Goins | on behalf of Joint Debtor Sharon E. Boykin dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5