Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 25−13042−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David J. Boykin | Sharon E. Boykin |
| 1451 Whitewood Ct | 1451 Whitewood Ct |
| Plainfield, NJ 07062−2108 | Plainfield, NJ 07062−2108 |

Social Security No.:
 xxx−xx−7935                                    xxx−xx−7420

Employer's Tax I.D. No.:

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 13, 2025.

Dated: November 13, 2025
JAN: omf

                                                                Jeanne Naughton
                                                                Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re:<br>David J. Boykin<br>Sharon E. Boykin<br>    Debtors | Case No. 25-13042-SLM<br>Chapter 13 |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 13, 2025 | Form ID: plncf13 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David J. Boykin, Sharon E. Boykin, 1451 Whitewood Ct, Plainfield, NJ 07062-2108 |
| 520597013 | | ATLANTIC Health System, Overlook Med. Center, PO Box 35611, Newark, NJ 07193-5611 |
| 520676884 | + | Baxter Financial, LLC, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520597017 | | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 520597018 | | Encircled Collections I, 1691 NW 107th Ave, Doral, FL 33172-2707 |
| 520676888 | + | Englewood Hospital, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520597019 | + | Enhanced Recovery Collection, L.L.C., 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 520597020 | | Gardes State Veterinary Services, Pressler & Pressler, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520597024 | + | OPS 9 LLC, Faloni & Associates, 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |
| 520597026 | | Plainfield Municipal Utilities Authority, PO Box 416829, Boston, MA 02241-6829 |
| 520597027 | | SUMMIT Radiology Assoc., PO Box 1259, Oaks, PA 19456-1259 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 13 2025 21:03:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 13 2025 21:03:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520601754 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 21:13:12 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520597015 | | Email/Text: creditcardbkcorrespondence@bofa.com | Nov 13 2025 21:02:00 | BOA, 4161 Piedmont Pkwy, Greensboro, NC 27410-8110 |
| 520602460 | | Email/Text: ebnnotifications@creditacceptance.com | Nov 13 2025 21:02:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 520597016 | + | Email/Text: ebnnotifications@creditacceptance.com | Nov 13 2025 21:02:00 | Credit Acceptance, PO Box 551888, Detroit, MI 48255-1888 |
| 520671537 | + | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2025 21:02:00 | Deutsche Bank National Trust Company, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520665597 | + | Email/Text: BNCnotices@dcmservices.com | Nov 13 2025 21:03:00 | EMERGENCY PHYSICIAN ASSOCIATES OF NORTH JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520677837 | + | Email/Text: bankruptcy@certified-solutions.com | Nov 13 2025 21:03:00 | ENGLEWOOD HEALTH PHYSICIAN NETWORK, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520678186 | + | Email/Text: bankruptcy@certified-solutions.com | Nov 13 2025 21:03:00 | Englewood Health, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, |

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 13, 2025 | Form ID: plncf13 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | WHITEHOUSE STATION, NJ 08889-1750 |
| 520616337 | + | Email/Text: signed.order@pfwattorneys.com | Nov 13 2025 21:02:00 | GARDEN STATE VETERINARY SERVICES, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520597021 | | Email/Text: BNCNOTICES@noexternalmail.hsbc.com | Nov 13 2025 21:02:00 | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 520623548 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2025 21:25:03 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520597022 | | Email/Text: nsm_bk_notices@mrcooper.com | Nov 13 2025 21:02:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520614679 | + | Email/Text: ecfbnc@aldridgepite.com | Nov 13 2025 21:03:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520597023 | | Email/Text: signed.order@pfwattorneys.com | Nov 13 2025 21:02:00 | New Century Financial Services, Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520678187 | + | Email/Text: bankruptcy@certified-solutions.com | Nov 13 2025 21:03:00 | RWJ UNIV MEDICAL GRP EMERGENCY MEDICINE, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520656006 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 13 2025 21:24:37 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520597643 | | Sharon Boykin |
| 520597014 | * | ATLANTIC Health System, Overlook Med. Center, PO Box 35611, Newark, NJ 07193-5611 |
| 520597025 | *+ | OPS 9 LLC, Faloni & Associates, 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |

TOTAL: 1 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 15, 2025           Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise E. Carlon | |
| | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST  MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |

District/off: 0312-2 | User: admin | Page 3 of 3
--- | --- | ---
Date Rcvd: Nov 13, 2025 | Form ID: plncf13 | Total Noticed: 29

| | |
|---|---|
| Donald C. Goins | on behalf of Debtor David J. Boykin dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Donald C. Goins | on behalf of Joint Debtor Sharon E. Boykin dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5