UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-3635
dcgoins1@gmail.com
Attorney for the Debtors

| In Re:<br><br>David J. Boykin &<br>Sharon E. Boykin, | Case No.: | 25-13042 |
| | Judge: | SLM |
| | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following **(choose one)**:

1.  ☒ Motion for Relief from the Automatic Stay filed by ___Credit Acceptance Corp.___ , creditor,

A hearing has been scheduled for _____February 25, 2026_____ , at _10:00 am_ .

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____ , at _____ .

☐ Certification of Default filed by _____ ,

I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons **(choose one)**:

☐ Payments have been made in the amount of $ _____ , but have not been accounted for.  Documentation in support is attached.

☒  Payments have not been made for the following reasons and debtor proposes

repayment as follows **(explain your answer)**:
We fell behind on payments because our business income slowed down during the
 winter months and my husband lost hours at his job over the past few months. We
 propose resolving this matter by making one regular payment by February 28,
 2026 and then curing the remaining arrears over the next 6 months by making
 additional payments.


☐  Other **(explain your answer)**:




3.        This certification is being made in an effort to resolve the issues raised in the certification

of default or motion.


4.        I certify under penalty of perjury that the above is true.



Date: February 10, 2026                              /s/ David J. Boykin
                                                     Debtor's Signature


Date: February 10, 2026                              /s/ Sharon E. Boykin
                                                     Debtor's Signature



**NOTES:**

1.        Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
          13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
          opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
          Dismiss.


2.        Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
          Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
          Default.

*rev.8/1/15*