**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
NEWARK DIVISION**

IN RE:                                        Case No. 25-13042-SLM
                                              Chapter 13

David J. Boykin
Sharon E. Boykin

Debtor(s).

## <u>NOTICE OF APPEARANCE</u>

**Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1**, a Secured Creditor in the above styled proceeding, hereby requests that all matters which must be noticed to creditors, any creditors' committees, and any other parties-in-interest pursuant to FRBP 2002, whether sent by the Court, the Debtor, or any other party in the case, be sent to the undersigned; and pursuant to FRBP 2002(g), requests that the following be added to the Court's Master Mailing List:

**Steven K. Eisenberg, Esquire
Stern & Eisenberg, PC
1581 Main Street, Ste. 200
The Shops at Valley Square
Warrington, PA 18976**

By:    /s/ Steven K. Eisenberg
          Steven K. Eisenberg, Esquire
          Bar No: 009221995
          Stern & Eisenberg, PC
          1581 Main Street, Ste. 200
          The Shops at Valley Square
          Warrington, PA 18976
          Phone: 215-572-8111
          Fax: 215-572-5025
          seisenberg@sterneisenberg.com
          Attorney for Creditor

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I caused a true and correct copy of the foregoing Notice of Appearance to be sent by electronic means via the Court's CM/ECF notification system this 12th day of March, 2026, to the following:

Donald C. Goins
Goins & Goins, L.L.C.
323 Washington Avenue
Elizabeth, NJ 07202
dcgoins1@gmail.com
**Attorney for Debtor(s)**

Marie-Ann Greenberg
30 Two Bridges Rd
Suite 330
Fairfield, NJ 07004-1550
Info@magtrustee.com
**Chapter 13 Trustee**

U.S. Trustee
US Dept of Justice
Office of the US Trustee
One Newark Center Ste 2100
Newark, NJ 07102
USTPRegion03.NE.ECF@usdoj.gov
**U.S. Trustee**

and by standard first class mail postage prepaid to:

David J. Boykin
1451 Whitewood Ct
Plainfield, NJ 07062-2108

Sharon E. Boykin
1451 Whitewood Ct
Plainfield, NJ 07062-2108
**Debtor(s)**

By:      /s/ Steven K. Eisenberg
Steven K. Eisenberg, Esquire