UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Cb-2452-C
Eisenberg Gold & Agrawal, P.C.
William E. Craig, Esquire
1040 Kings Highway North #200
Cherry Hill, NJ 08034
Attorney for Credit Acceptance Corporation

In Re:

DAVID J. BOYKIN
SHARON E. BOYKIN

Order Filed on March 20, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

Case No.  25-13042

Adv. No.

Hearing Date:  2-25-26

Judge: (SLM)

## ORDER FOR ARREARAGE CURE, REGULAR MONTHLY PAYMENTS, INSURANCE, COUNSEL FEES, AND STAY RELIEF UNDER CERTAIN CIRCUMSTANCES

The relief set forth on page number two (2) through three (3) is hereby **ORDERED**.

**DATED: March 20, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

**(Page 2)**

Debtors: David and Sharon Boykin

Case No: 25-13042

Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel fees, and stay relief under certain circumstances

This matter having brought before this Court on a Motion For Stay Relief filed by William E. Craig, Esq., attorney for Credit Acceptance Corporation, with the appearance of Donald C. Goins, Esq. on behalf of the Debtors, and this Order having been filed with the Court and served upon the Debtors and their attorney under the seven day rule with no objections having been received as to the form or entry of the Order and for good cause shown, it is hereby

**ORDERED:**

1. **That Credit Acceptance Corporation ("Credit Acceptance") is the holder of a first purchase money security interest encumbering a 2011 Cadillac Escalade bearing vehicle identification number 1GYS4HEF6BR287992.**

2. **That the Debtors' account has post-petition arrears through February 2026 in the amount of $2,555.96.**

3. **That the Debtors are to cure the arrearage set forth in paragraph two (2) above as follows:**

   a. **The Debtors are to make a payment of $428.87 directly to Credit Acceptance by February 28, 2026 or Credit Acceptance shall be entitled to stay relief upon filing a certification with the Court and serving it upon the Debtors, their attorney, and the Chapter 13 Trustee.**

   b. **Following the payment set forth in paragraph 3(a) above, the Debtors are to cure the remaining arrears ($2,127.09) by making their regular monthly payment of $428.87 plus an additional $354.52 (total payment of $783.39) for the months of March through August 2026.**

**(Page 3)**
Debtors: David and Sharon Boykin
Case No: 25-13042
Caption of Order: Order for arrearage cure, regular monthly payments, insurance, counsel
fees, and stay relief under certain circumstances

4.  **That commencing March 2026, if the Debtors fail to make any payment to Credit Acceptance within thirty (30) days after it falls due, Credit Acceptance shall be entitled to stay relief upon filing a certification with the Court and serving it upon the Debtors, their attorney, and the Chapter 13 Trustee.**

5.  **That the Debtors must maintain insurance on the vehicle.  The vehicle must have full comprehensive and collision coverage with deductibles not exceeding $500.00 each.  Credit Acceptance Corporation must be listed as loss payee.  If the Debtors fail to maintain valid insurance on the vehicle, Credit Acceptance shall be entitled to stay relief upon filing a certification that insurance has lapsed with the Court and serving it upon the Debtors, their attorney, and the Chapter 13 Trustee.**

6.   **That the Debtors are to pay a counsel fee of $524.00 to Credit Acceptance Corporation through their Chapter 13 Plan.**