UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-3635
dcgoins1@gmail.com
Attorney for the Debtors

---

| In Re: | Case No.: | 25-13042 |
|---|---|---|
| David J. Boykin & | Judge: | SLM |
| Sharon E. Boykin, | Chapter: | 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.  ☐ Motion for Relief from the Automatic Stay filed by _____ ,

    creditor,

    A hearing has been scheduled for _____ , at _____ .

    ☐ Motion to Dismiss filed by the Chapter 13 Trustee.

    A hearing has been scheduled for _____ , at _____ .

    ☒ Certification of Default filed by _____ the Chapter 13 Trustee _____ ,

    I am requesting a hearing be scheduled on this matter.

2.  I oppose the above matter for the following reasons (**choose one**):

    ☐ Payments have been made in the amount of $ _____ , but have not

    been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes repayment as follows **(explain your answer)**:

☒ Other **(explain your answer)**:
Several months ago, my husband's employer began cutting hours and our monthly income was reduced as a result. We hoped it would be temporary but it wasn't and he ended up losing his job a few months ago. We were hoping that the business could help our Plan stay afloat. He begins working a new job this week and we want to pay the past due payments overtime if possible.

3.   This certification is being made in an effort to resolve the issues raised in the certification of default or motion.

4.   I certify under penalty of perjury that the above is true.

Date: April 13, 2026

/s/David J. Boykin
Debtor's Signature

Date: April 13, 2026

/s/ Sharon E. Boykin
Debtor's Signature

**NOTES:**

1.   Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to Dismiss.

2.   Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13 Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of Default.

*rev.8/1/15*