UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

---

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DONALD C. GOINS, ESQ. (DCG1005)
GOINS & GOINS, LLC
323 Washington Avenue
Elizabeth, NJ 07202
Phone: (908) 351-3635
dcgoins1@gmail.com
Attorney for the Debtors

| | |
|---|---|
| In Re:<br><br>David J. Boykin &<br>Sharon E. Boykin, | Case No.: _____25-13042_____<br><br>Judge: _____SLM_____<br><br>Chapter: 13 |

## CHAPTER 13 DEBTOR'S CERTIFICATION IN OPPOSITION

The debtor in this case opposes the following (**choose one**):

1.       ☒ Motion for Relief from the Automatic Stay filed by _____Deutsche Bank_____,
creditor,

A hearing has been scheduled for _____April 22, 2026_____, at _10:00 am_.

☐ Motion to Dismiss filed by the Chapter 13 Trustee.

A hearing has been scheduled for _____, at _____.

☐ Certification of Default filed by _____,

I am requesting a hearing be scheduled on this matter.

2.       I oppose the above matter for the following reasons (**choose one**):

☐ Payments have been made in the amount of $ _____, but have not
been accounted for. Documentation in support is attached.

☐ Payments have not been made for the following reasons and debtor proposes

repayment as follows (**explain your answer**):

☒ Other (**explain your answer**):
Several months ago, my husband's employer began cutting hours and our
monthly income was reduced as a result. We hoped it would be temporary but it
wasn't and he ended up losing his job a few months ago. He begins working a
new job this week and we want to pay the past due payments overtime if
possible. We should have $5,200 available towards the past due amount soon.

3.  This certification is being made in an effort to resolve the issues raised in the certification
of default or motion.

4.  I certify under penalty of perjury that the above is true.

Date: April 13, 2026                      /s/David J. Boykin
                                          Debtor's Signature

Date: April 13, 2026                      /s/ Sharon E. Boykin
                                          Debtor's Signature

**NOTES:**

1.  Under D.N.J. LBR 4001-1(b)(1), this form must be filed with the court and served on the Chapter
13 Trustee and creditor, if applicable not later than 7 days before the date of the hearing if filed in
opposition to a Motion for Relief from the Automatic Stay or Chapter 13 Trustee's Motion to
Dismiss.

2.  Under D.N.J. 4001-1 (b)(2), this form must be filed with the court and served on the Chapter 13
Trustee and creditor, if applicable not later than 14 days after the filing of a Certification of
Default.

*rev.8/1/15*