**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   DAVID J. BOYKIN
   SHARON E. BOYKIN

Order Filed on April 23, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  25-13042 SLM**

**Hearing Date:  4/22/2026**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 23, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  DAVID J. BOYKIN
            SHARON E. BOYKIN
Case No.: 25-13042
Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

THIS MATTER having come before the Court on 04/22/2026 on notice to DONALD C GOINS,

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $4,279.00 which must be received and posted by the Trustee's office by 5/15/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file amended Schedules I and J and provide the Trustee's office with updated proof of income from all sources by 5/20/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that if the Debtor(s) comply with the above, the Trustee's Certification of Default will be adjourned to 5/27/2026 at 10:00 am.