**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

IN RE:

   DAVID J. BOYKIN
   SHARON E. BOYKIN

Order Filed on May 28, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.:  25-13042 SLM**

**Hearing Date:  5/27/2026**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: May 28, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): DAVID J. BOYKIN
           SHARON E. BOYKIN

Case No.: 25-13042

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

THIS MATTER having come before the Court on 05/27/2026 on notice to DONALD C GOINS,

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $4,279.00 which must be received and posted by the Trustee's

  office by 6/15/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any

  further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) are to pay $4,279.00 which must be received and posted by the Trustee's

  office by 7/15/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any

  further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that if the Debtor(s) comply with the above, the Trustee's Certification of Default will be

  adjourned to 7/22/2026 at 10:00 am.

United States Bankruptcy Court

District of New Jersey

In re:                                                                                          Case No. 25-13042-SLM

David J. Boykin                                                                        Chapter 13

Sharon E. Boykin

     Debtors

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 2 |
| Date Rcvd: May 29, 2026 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 30, 2026:**

**Recip ID**              **Recipient Name and Address**
db/jdb                       David J. Boykin, Sharon E. Boykin, 1451 Whitewood Ct, Plainfield, NJ 07062-2108

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 30, 2026                                    Signature:              /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 28, 2026 at the address(es) listed below:**

**Name**                                    **Email Address**

Donald C. Goins
                                                     on behalf of Joint Debtor Sharon E. Boykin dcgoins1@gmail.com
                                                     goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com

Donald C. Goins
                                                     on behalf of Debtor David J. Boykin dcgoins1@gmail.com
                                                     goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com

Marie-Ann Greenberg
                                                     magecf@magtrustee.com

Matthew K. Fissel
                                                     on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MERRILL LYNCH
                                                     MORTGAGE INVESTORS TRUST  MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1
                                                     bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com

Steven Eisenberg
                                                     on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust  Mortgage
                                                     Loan Asset-Backed Certificates, Series 2007-MLN1 bkecf@sterneisenberg.com,
                                                     jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com

Steven P. Kelly

District/off: 0312-2                          User: admin                                    Page 2 of 2

Date Rcvd: May 29, 2026                       Form ID: pdf903                              Total Noticed: 1

on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust  Mortgage
Loan Asset-Backed Certificates, Series 2007-MLN1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8