**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: Deutsche Bank National Trust
Company as Trustee for Merrill Lynch Mortgage
Investors Trust, Mortgage Loan Asset-Backed
Certificates, Series 2007-MLN1

In Re:
David J. Boykin
Sharon E. Boykin
          Debtor

Case Number: 25-13042-SLM

Judge: Stacey L. Meisel

Hearing Date(s):

Chapter: 13

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

**DATED: June 8, 2026**

_Stacey L. Meisel_
Honorable Stacey L. Meisel
United States Bankruptcy Judge

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

| | |
|---|---|
| Applicant: | Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Donald C. Goins |
| Property Involved ("Collateral"): | 1449-1451 Whitewood Court, Plainfield City, NJ 07062 |

Relief sought:

☑ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☑ The Debtor is overdue for 5 months, from January 1, 2026 to May 1, 2026.

    ☑ The Debtor is overdue for 2 payments at $1,982.20 per month and 3 payments at $2,028.57 per month.

    ☐ The Debtor is assessed for ___ late charges at $_____ per month.

    ☑ Applicant acknowledges receipt of funds in the amount of $76.20 received after the motion was filed hereby being listed in suspense.

2

Total Arrearages Due  $9,973.91.

2. Debtor must cure all post-petition arrearages, as follows:

☑ Immediate Lump Sum payment shall be made in the amount of $6,000.00 received. Payment shall be made no later than June 1, 2026.

☑ Beginning on June 1, 2026 , regular monthly mortgage payments shall continue to be made in the amount of $2,028.57.

☑ Beginning on June 1, 2026, additional monthly cure payments shall be made in the amount of $662.32 for 5 months and $662.31 for 1 month.

☐ The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☑ Immediate payment:

Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741

☑ Regular monthly payment:

Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741

☑ Monthly cure payment:

Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741

4. In the event of Default:

☑   If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐   If the bankruptcy case is dismissed, discharged, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

4

5. Award of Attorneys' Fees:

☑  The Applicant is awarded attorneys fees of $675.00, and costs of $199.00.

The fees and costs are payable:

☑   through the Chapter 13 plan.

☐   to the Secured Creditor within _____ days.

☐  Attorneys' fees are not awarded.

Donald C. Goins, Esquire

Counsel for Debtor

_____ /s/ Steven Kelly
_____

Steven Kelly, Esquire

STERN & EISENBERG, PC

Attorney for Movant

*Rev.8/1/15*

5