UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

STERN & EISENBERG, PC
1120 Rt. 73, Suite 400
Mt. Laurel, New Jersey 08054
Telephone: (609) 397-9200
Facsimile: (856) 667-1456
Attorneys for: Deutsche Bank National Trust
Company as Trustee for Merrill Lynch Mortgage
Investors Trust, Mortgage Loan Asset-Backed
Certificates, Series 2007-MLN1

**Order Filed on June 8, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

In Re:
David J. Boykin
Sharon E. Boykin
        Debtor

Case Number: 25-13042-SLM

Judge: Stacey L. Meisel

Hearing Date(s):

Chapter: 13

| Recommended Local Form | ☐ Followed | ☑ Modified |
|---|---|---|

**DATED: June 8, 2026**

*Stacey L. Meisel*
Honorable Stacey L. Meisel
United States Bankruptcy Judge

1

## ORDER RESOLVING MOTION TO VACATE STAY
## AND/OR MOTION TO DISMISS
## WITH CONDITIONS

The relief set forth on the following pages, numbered two (2) through four (4) is **ORDERED**.

| | |
|---|---|
| Applicant: | Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust, Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 |
| Applicant's Counsel: | Steven Kelly |
| Debtor's Counsel: | Donald C. Goins |
| Property Involved ("Collateral"): | 1449-1451 Whitewood Court, Plainfield City, NJ 07062 |

Relief sought:

☑ Motion for relief from the automatic stay

☐ Motion to dismiss

☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Applicant's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    ☑ The Debtor is overdue for 5 months, from January 1, 2026 to May 1, 2026.

    ☑ The Debtor is overdue for 2 payments at $1,982.20 per month and 3 payments at $2,028.57 per month.

    ☐ The Debtor is assessed for ___ late charges at $_____ per month.

    ☑ Applicant acknowledges receipt of funds in the amount of $76.20 received after the motion was filed hereby being listed in suspense.

2

Total Arrearages Due  $9,973.91.

2. Debtor must cure all post-petition arrearages, as follows:

☑  Immediate Lump Sum payment shall be made in the amount of $6,000.00 received. Payment shall be made no later than June 1, 2026.

☑  Beginning on June 1, 2026 , regular monthly mortgage payments shall continue to be made in the amount of $2,028.57.

☑  Beginning on June 1, 2026, additional monthly cure payments shall be made in the amount of $662.32 for 5 months and $662.31 for 1 month.

☐  The amount of $_____ shall be capitalized in the debtor's Chapter 13 plan.  The debtor's monthly payment to the Chapter 13 Trustee is modified to be $_____ per month.

3. Payments to the Secured Creditor shall be made to the following address(es):

☑  Immediate payment:

Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741

☑  Regular monthly payment:

Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741

☑  Monthly cure payment:

Nationstar Mortgage LLC
Attn: Bankruptcy Department
PO Box 619094
Dallas, TX 75261-9741

4. In the event of Default:

☑ If the Debtor fails to make the immediate payment specified above or fails to make any regular monthly payment or the additional monthly cure payment within thirty (30) days of the date the payments are due, then the Secured Creditor may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with this Order. At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtor, and the Debtor's attorney.

☐ If the bankruptcy case is dismissed, discharged, or if the automatic stay is vacated, the filing of a new bankruptcy case will not act to impose the automatic stay against the Secured Creditor's opportunity to proceed against its Collateral without further Order of the Court.

5. Award of Attorneys' Fees:

☑ The Applicant is awarded attorneys fees of $675.00, and costs of $199.00.

The fees and costs are payable:

☑ through the Chapter 13 plan.

☐ to the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.

Donald C. Goins, Esquire

Counsel for Debtor

_____ /s/ Steven Kelly _____

Steven Kelly, Esquire

STERN & EISENBERG, PC

Attorney for Movant

*Rev.8/1/15*

5

United States Bankruptcy Court

District of New Jersey

In re:

David J. Boykin

Sharon E. Boykin

  Debtors

Case No. 25-13042-SLM

Chapter 13

# CERTIFICATE OF NOTICE

| District/off: 0312-2 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jun 08, 2026 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 10, 2026:**

**Recip ID**    **Recipient Name and Address**
db/jdb       David J. Boykin, Sharon E. Boykin, 1451 Whitewood Ct, Plainfield, NJ 07062-2108

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 10, 2026       Signature:   /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 8, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Donald C. Goins | on behalf of Debtor David J. Boykin dcgoins1@gmail.com<br>goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Donald C. Goins | on behalf of Joint Debtor Sharon E. Boykin dcgoins1@gmail.com<br>goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST  MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Steven Eisenberg | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust  Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | |

District/off: 0312-2                          User: admin                                      Page 2 of 2

Date Rcvd: Jun 08, 2026                    Form ID: pdf903                          Total Noticed: 1

on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust  Mortgage
Loan Asset-Backed Certificates, Series 2007-MLN1 skelly@sterneisenberg.com, bkecf@sterneisenberg.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

William E. Craig

on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com
mortoncraigecf@gmail.com;alapinski@egalawfirm.com

TOTAL: 8