**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

**Marie-Ann Greenberg, MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

 IN RE:

   DAVID J. BOYKIN
   SHARON E. BOYKIN

**Order Filed on July 23, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey**

**Case No.:  25-13042 SLM**

**Hearing Date:  7/22/2026**

### INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

   The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: July 23, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s):  DAVID J. BOYKIN
            SHARON E. BOYKIN

Case No.:  25-13042

Caption of Order: INTERIM ORDER ON TRUSTEE'S CERTIFICATION OF DEFAULT

_____

 THIS MATTER having come before the Court on 07/22/2026 on notice to DONALD C GOINS,

ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to pay $4,279.00 for August 2026 payment which must be received and

  posted by the Trustee's office by 9/1/2026 or the case will be dismissed upon the Trustee submitting a

  dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that the Debtor(s) must file amended schedule I and provide the Trustee's office with updated

  proof of income from all sources by 9/1/2026 or the case will be dismissed upon the Trustee submitting a

  dismissal order without any further hearings or notice to Debtor(s) and Debtor's Attorney; and it is further

- ORDERED, that if the Debtor(s) comply with the above, the Trustee's Certification of Default will be

  adjourned to 9/9/2026 at 10:00 am.