UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Marie-Ann Greenberg, MAG-1284
Marie-Ann Greenberg, Standing Trustee
30 TWO BRIDGES ROAD
SUITE 330
FAIRFIELD, NJ 07004-1550
973-227-2840
Chapter 13 Standing Trustee

IN RE:

DAVID J. BOYKIN
SHARON E. BOYKIN

Order Filed on September 10, 2026
by Clerk,
U.S. Bankruptcy Court
District of New Jersey

**Case No.: 25-13042 SLM**

**Hearing Date: 9/9/2026**

**ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 10, 2026**

Honorable Stacey L. Meisel
United States Bankruptcy Judge

Debtor(s): DAVID J. BOYKIN
SHARON E. BOYKIN
Case No.: 25-13042
Caption of Order: ORDER PERMITTING DEBTOR TO CURE ARREARAGES TO TRUSTEE

---

THIS MATTER having come before the Court on 09/09/2026 on notice to DONALD C GOINS, ESQ, and to the Debtor(s) herein, and good sufficient cause having been shown, it is:

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $4,283.00 starting on 9/1/2026 for 16 month(s); and it is further

- ORDERED, that the Debtor(s) are to resume payments to the Trustee's office in the amount of $4,711.00 starting on 1/1/2028 for the remaining 27 month(s); and it is further

- ORDERED, that the Debtor(s) must provide the Trustee's office with updated proof of income from current employment for the Debtor by 10/1/2026 or the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that in the event that there is a change of income, or said reported income does not come to fruition, then Debtor must file an amended schedule I and J to support feasibility by 10/1/2026 and if the amended schedules I and J are not filed, or does not support ongoing feasibility then the case will be dismissed upon the Trustee submitting a dismissal order without any further hearings or notice to Debtor(s) or Debtor's Attorney; and it is further

- ORDERED, that if Debtor(s) are more than 30 days in arrears with their payment, then the case will be dismissed upon certification of the Standing Trustee.