Form 148 − ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.: 25−13042−SLM
Chapter: 13
Judge: Stacey L. Meisel

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| David J. Boykin<br>1451 Whitewood Ct<br>Plainfield, NJ 07062−2108 | Sharon E. Boykin<br>1451 Whitewood Ct<br>Plainfield, NJ 07062−2108 |

Social Security No.:

| | |
|---|---|
| xxx−xx−7935 | xxx−xx−7420 |

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER DISMISSING CASE**

NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case as to the:
Debtor and Joint Debtor was entered on October 2, 2026.

Any discharge which was granted as to the above mentioned debtor(s) in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: October 2, 2026
JAN: crr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re: Case No. 25-13042-SLM
David J. Boykin Chapter 13
Sharon E. Boykin
Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2 User: admin Page 1 of 3
Date Rcvd: Oct 02, 2026 Form ID: 148 Total Noticed: 30

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | David J. Boykin, Sharon E. Boykin, 1451 Whitewood Ct, Plainfield, NJ 07062-2108 |
| cr | + | Deutsche Bank National Trust Company as Trustee fo, 1581 Main Street, Ste. 200, The Shops at Valley Square, Warrington, PA 18976 UNITED STATES 18976-3403 |
| 520597013 | | ATLANTIC Health System, Overlook Med. Center, PO Box 35611, Newark, NJ 07193-5611 |
| 520676884 | + | Baxter Financial, LLC, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520597017 | | Diversified Consultants, Inc., PO Box 551268, Jacksonville, FL 32255-1268 |
| 520597018 | | Encircled Collections I, 1691 NW 107th Ave, Doral, FL 33172-2707 |
| 520676888 | + | Englewood Hospital, C/O Fein Such Kahn & Shepard PC, 6 Campus Drive, Suite 304, Parsippany, NJ 07054-4406 |
| 520597019 | + | Enhanced Recovery Collection, L.L.C., 8014 Bayberry Road, Jacksonville, FL 32256-7412 |
| 520597020 | | Gardes State Veterinary Services, Pressler & Pressler, LLP, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520597024 | + | OPS 9 LLC, Faloni & Associates, 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |
| 520597026 | | Plainfield Municipal Utilities Authority, PO Box 416829, Boston, MA 02241-6829 |
| 520597027 | | SUMMIT Radiology Assoc., PO Box 1259, Oaks, PA 19456-1259 |

TOTAL: 12

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Oct 02 2026 22:33:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Oct 02 2026 22:33:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520601754 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2026 22:40:09 | Ashley Funding Services, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520597015 | | EDI: BANKAMER | Oct 03 2026 02:11:00 | BOA, 4161 Piedmont Pkwy, Greensboro, NC 27410-8110 |
| 520602460 | | Email/Text: ebnnotifications@creditacceptance.com | Oct 02 2026 22:32:00 | CREDIT ACCEPTANCE, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034 |
| 520597016 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 02 2026 22:32:00 | Credit Acceptance, PO Box 551888, Detroit, MI 48255-1888 |
| 520671537 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 02 2026 22:32:00 | Deutsche Bank National Trust Company, c/o Nationstar Mortgage LLC, Attn: Bankruptcy Dept., PO Box 619096, Dallas TX 75261-9096 |
| 520665597 | + | Email/Text: BNCnotices@dcmservices.com | Oct 02 2026 22:32:00 | EMERGENCY PHYSICIAN ASSOCIATES OF NORTH JERSEY PC, PO BOX 1123, MINNEAPOLIS, MN 55440-1123 |
| 520677837 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 02 2026 22:32:00 | ENGLEWOOD HEALTH PHYSICIAN NETWORK, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ |

| | | | | |
|---|---|---|---|---|
| | | | | 08889-1750 |
| 520678186 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 02 2026 22:32:00 | Englewood Health, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520616337 | + | Email/Text: signed.order@pfwattorneys.com | Oct 02 2026 22:32:00 | GARDEN STATE VETERINARY SERVICES, C/O PRESSLER, FELT & WARSHAW, LLP, 7 ENTIN RD, PARSIPPANY, NJ 07054-5020 |
| 520597021 | | EDI: HFC.COM | Oct 03 2026 02:11:00 | HSBC, PO Box 9, Buffalo, NY 14240-0009 |
| 520623548 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 02 2026 22:39:55 | LVNV Funding LLC c/o, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520597022 | | Email/Text: nsm_bk_notices@mrcooper.com | Oct 02 2026 22:32:00 | Mr. Cooper, 8950 Cypress Waters Blvd, Coppell, TX 75019-4620 |
| 520614679 | + | Email/Text: ecfbnc@aldridgepite.com | Oct 02 2026 22:32:00 | Nationstar Mortgage LLC, ALDRIDGE PITE, LLP, Asaph Abrams, 3333 Camino del Rio South, Suite 225, San Diego, CA 92108-3808 |
| 520597023 | | Email/Text: signed.order@pfwattorneys.com | Oct 02 2026 22:32:00 | New Century Financial Services, Pressler & Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 520678187 | + | Email/Text: bankruptcy@certified-solutions.com | Oct 02 2026 22:32:00 | RWJ UNIV MEDICAL GRP EMERGENCY MEDICINE, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520656006 | + | EDI: AIS.COM | Oct 03 2026 02:11:00 | Verizon, by AIS InfoSource LP as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |

TOTAL: 18

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520597643 | | Sharon Boykin |
| cr | *P++ | CREDIT ACCEPTANCE CORPORATION, 25505 WEST 12 MILE ROAD, SOUTHFIELD MI 48034-8316, address filed with court:, Credit Acceptance Corporation, 25505 West 12 Mile Road, Southfield, MI 48034 |
| 520597014 | * | ATLANTIC Health System, Overlook Med. Center, PO Box 35611, Newark, NJ 07193-5611 |
| 520597025 | *+ | OPS 9 LLC, Faloni & Associates, 165 Passaic Ave Ste 301B, Fairfield, NJ 07004-3592 |

TOTAL: 1 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2026 at the address(es) listed below:**

| **Name** | **Email Address** |
|---|---|
| Donald C. Goins | on behalf of Joint Debtor Sharon E. Boykin dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Donald C. Goins | on behalf of Debtor David J. Boykin dcgoins1@gmail.com goins.donaldc.b129630@notify.bestcase.com;Goins.DanielC.B129630@notify.bestcase.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Matthew K. Fissel | on behalf of Creditor DEUTSCHE BANK NATIONAL TRUST COMPANY AS TRUSTEE FOR MERRILL LYNCH MORTGAGE INVESTORS TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2007-MLN1 bkgroup@kmllawgroup.com |
| Steven Eisenberg | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 bkecf@sterneisenberg.com, jmcnally@sterneisenberg.com;skelly@sterneisenberg.com;bkecf@sterneisenberg.com |
| Steven P. Kelly | on behalf of Creditor Deutsche Bank National Trust Company as Trustee for Merrill Lynch Mortgage Investors Trust Mortgage Loan Asset-Backed Certificates, Series 2007-MLN1 skelly@hinshawlaw.com, bkecf@sterneisenberg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| William E. Craig | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com mortoncraigecf@gmail.com;alapinski@egalawfirm.com |

TOTAL: 8